**Order entered September 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00850-CV

### IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0149**

## ORDER

We **REINSTATE** this appeal.

By order dated August 9, 2018, we abated this appeal to allow the trial court to conduct a hearing and make written findings as to whether to appoint counsel for appellant. On August 29, 2018, the trial court's findings were filed with the Court. The trial court found, among other things, that "appointment of an ad litem for appellant is not necessary to insure the determination of the best interest of the children and that such appointment is not otherwise required by the Texas Family Code." We **ADOPT** the trial court's findings.

The reporter's record is overdue. The court reporter has notified the Court that appellant has not requested preparation of the reporter's record. Although appellant is indigent and allowed to proceed without advance payment of costs, he is responsible for requesting the reporter's record and filing the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2). Accordingly, we **ORDER** appellant to file, **WITHIN FIFTEEN DAYS** of the date of this order,

written verification that he has requested preparation of the reporter's record. We caution appellant that failure to file written verification of the request within the time specified may result in this Court ordering submission of the appeal without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     ADA BROWN
                JUSTICE